No. 64653.—Gallagher and Ascher Company v. United States, protest 59/8855–10756 (Chicago).

Opinion by Wilson, J. The protest was dismissed.